UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ANDREAN ACKWITH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No. 1:14-cv-3747 |
| | ) |
| BLUESTEM BRANDS, INC. | ) |
| d/b/a Fingerhut, | ) |
| | ) |
|    Defendant. | ) |

## PLAINTIFF'S COMPLAINT

Plaintiff, ANDREAN ACKWITH ("Plaintiff"), through her attorneys, alleges the following against Defendant, BLUESTEM BRANDS, INC. d/b/a Fingerhut ("Defendant"):

## INTRODUCTION

1. This action is brought pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

3. Defendant conducts business in the State of Maryland thereby establishing personal jurisdiction.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the conduct giving rise to this action occurred in this district as Plaintiff resides in this district and Defendant transacts business in this district.

## PARTIES

5. Plaintiff is a natural person residing in Baltimore, Maryland.

6. Defendant is a business entity incorporated in Delaware and headquartered at 6509

Flying Cloud Drv., Eden Prairie, Minnesota 55344.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. In or before 2014, Defendant began placing telephone calls to (443) 909-12xx, Plaintiff's cellular telephone.

9. Defendant's calls were for a non-emergency purpose.

10. Defendant used multiple phone number to call Plaintiff including, but not limited to, (800) 503-2370, (800) 503-2462, and (866) 836-8987.

11. Upon information and good faith belief, based on the frequency, number, nature and character of these calls, Defendant used an automatic telephone dialing system or other equipment capable of storing and/or producing telephone numbers ("auto dialer") to call Plaintiff.

12. In June 2014, Plaintiff cancelled an order with Defendant and instructed Defendant to stop calling her.

13. Plaintiff revoked any consent, actual or implied, for Defendant to use an auto dialer to call her cell phone.

14. Defendant continued to use an auto dialer to call Plaintiff's cell phone.

15. Since June 2014, Defendant used an auto dialer to call Plaintiff's cell phone at least one hundred eighty (180) times.

16. Defendant use of an auto dialer was with its knowledge, willful, voluntary, and intentional.

17. Defendant did not have Plaintiff's express consent to use an auto dialer to call her cell phone on or after June 2014

# COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

18. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

19. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff, ANDREAN ACKWITH, respectfully requests judgment be entered against Defendant, BLUESTEM BRANDS, INC. d/b/a Fingerhut, for the following:

20. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B),

21. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C),

22. All court costs, witness fees and other fees incurred,

23. Any other relief that this Honorable Court deems appropriate.

Dated: December 1, 2014                                RESPECTFULLY SUBMITTED,

                                                                                                By: /s/ Deborah Van Bergen
                                                                                                   Deborah Van Bergen
                                                                                                   Federal Bar No. 13998
                                                                                                   D. G. Van Bergen, P.A.
                                                                                                   1406 B Crain Hwy S Ste 104
                                                                                                   Glen Burnie, MD 21061
                                                                                                   Office: 410-863-1012
                                                                                                   E-mail: deborah.vanbergen@cavtel.net