# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANDREAN ACKWITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-3747 |
| | ) | |
| BLUESTEM BRANDS, INC. | ) | |
| d/b/a Fingerhut, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ANDREAN ACKWITH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: June 15, 2015                    RESPECTFULLY SUBMITTED,


By: /s/ Deborah Van Bergen
   Deborah Van Bergen
   Federal Bar No. 13998
   D. G. Van Bergen, P.A.
   1406 B Crain Hwy S Ste 104
   Glen Burnie, MD 21061
   Office: 410-863-1012
   E-mail: deborah.vanbergen@cavtel.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2015, I electronically filed the foregoing Notice of Settlement

with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted to all parties by the Court's CM/ECF system.

By: <u>/s/ Deborah Van Bergen</u>
    Deborah Van Bergen
    Attorney for Plaintiff

2